United States District Court

Civil Motion



Plaintiff

Greg Gamache

1816 Fairgrounds Road

St. Charles, Missouri

63303

636 946 0313

Defendant

Federal Bureau of Investigation

Federal Communications Commission

3/05/2011

Grounds for judgement

15,000 people have called both the FBI and the FCC, for help when others are using electronic weapons on them. Several hundred people from this state. Despite receiving so many calls for help from people, and knowing this is a problem, both organizations have refused to investigate one single incident. The FCC is the only organization in the United States with the equipment needed to locate where the frequencies emitted by these electronic weapons are coming from. These are also federal matters, and as so fall under the FBI's venue, as alot of the occurences happen from out of state with long range devices, and many of these incidents are being done by government employees, on whistleblowers, undesirables, or persons of interest. These are weapons that are harming and killing people from out of state and in the hands of government employees and others.

The presidential commission on bioethics was three days ago, electronic weapons were discussed for a full hour, they have reports that 40,000 people in the Untied States currently have these weapons being used on them. This is just the number of people they have reports on. There are groups for victims of electronic weapons in every major city, they meet monthly. These groups have between 60 and 100 people in each group.

Just on the site Yahoo groups, there are 35 individual groups for victims of electronic weapons, with the average number of members in each group around 1,000 people.

These are just the groups on Yahoo groups, and these are just the people that have found these website. There are 10 billboards up in L.A. right now about electronic weapons being used on people, one in Michigan and one in Miami, by three different organizations that are trying to increase public awareness of these matters. Three people have died recently from having these weapons used on them.

None of these victims can get help from anyone. These weapons are cheap, some cost only 30 dollars, some several thousand dollars. They operate from a distance, and emit a frequency that injures, permanently damages and kills people. Anyone can buy them, their sale is not regulated, and neither is their use. They are portable and small. The frequencies they emit travel through walls and buildings and still effect people , and have a very broad impact diameter.

Judgement sought

A court order for the FBI and the FCC to co-investigate these matters whenever they are reported across the entire United States. For the FBI to establish a phone number just for victims of electronic weapons, a phone number at one field office of the FBI only, for victims to call so they have someone to help them who knows that these matters exist, and whose job it is to investigate them.

For victims not to need proof that this is occuring in order to get help, or to have to know who is doing it or where it's coming from. If I am shot with a bullet, I shouldn't have to know who did this and where they shot me from in order to get help from the ambulance or police, and if the bullet goes through me, I shouldn't need a shell in order to get help.

For the FCC to send an employee to the location of the victim when these incidents are reported, with the equipment they have that detects freqeuncies and locates where they are coming from, and for the information they gain to be handed to the FBI for enforcement.

For satelites that view the entire freqency range through their optic sensors to view the location of the victim to locate where the transmissions are coming from when these incidents are reported. For the FBI to get the results of the testing for enforcement. These satelites are up there right now, viewing nebullai, quasars, solar systems and distant planets and suns. Frequencies are viewed so they can determine the distance of the object from them, by the change of the frequency. We are talking about people being helped by them, not inanimate objects light years off in the distance, and the views diverted from space to people only when they need it. For these two types of testing to be done mandatory when these incidents are encountered.

For the FBI to go and meet these victims in person when these incidents occur, and to file a report of a federal crime when they happen, and to investigate them, together with the FCC, as a federal crime when they occur.

Every single type of crime, from computer hacking to money laundering to homicide, has their own division within the FBI and police and their own phone number to contact them on, with different protocal for what to do when these matters occur. It is only right for the 40,000 plus victims of electronic weapons to have one phone number with one person to talk to.